IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES AND JUDY GRELLNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>(2) MARATHON OIL COMPANY (including affiliated predecessors and affiliated successors),<br><br>Defendants. | Civil Action No. 16-CV-1168-M |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses without prejudice the above entitled action.

Respectfully submitted:

*/s/ Rex A. Sharp*
Rex A. Sharp
OBA#011990
Rex A. Sharp, P.A.
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com

REAGAN E. BRADFORD
OBA #22072
W. MARK LANIER (*Pro Hac Vice*)
Texas State Bar #11934600
The Lanier Law Firm

1

*Houston Office*:
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
*Oklahoma Office*:
12 E. California Ave., Suite 200
Oklahoma City, OK 73104
WML@LanierLawFirm.com
Reagan.Bradford@LanierLawFirm.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that, on November 22, 2016, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*Rex A. Sharp*

2